UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the ICC Arbitration Between<br><br>SL MINING LIMITED<br><br>Petitioner,<br><br>v.<br><br>THE GOVERNMENT OF THE REPUBLIC OF SIERRA LEONE<br><br>Respondent. | Civil Action No. 19-cv-02888 (RBW) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Petitioner SL Mining Limited ("Petitioner"), by and through its undersigned counsel, hereby voluntarily dismisses this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  This action was commenced by a Petition to Confirm Arbitral Award filed on September 25, 2019 ("Petition").  The Petition seeks confirmation of an order of an emergency arbitrator ("Emergency Arbitrator") appointed in accordance with the International Chamber of Commerce's Rules of Arbitration in connection with arbitration proceedings commenced by Petitioner against Respondent The Government of the Republic of Sierra Leone ("Respondent").

Since the filing of the Petition, Petitioner sought and obtained additional emergency relief from the Emergency Arbitrator and has applied for further provisional relief from the now-constituted arbitral tribunal.  Since that application remains pending, Petitioner believes the most

efficient course is to discontinue the current proceeding without prejudice until the arbitral tribunal has issued a decision with respect to the pending application, but hereby reserves the right to subsequently seek confirmation of all relief granted by the Emergency Arbitrator and any additional provisional relief that may be granted by the arbitral tribunal.

      Respondent has not yet served an opposition to the Petition and would not be prejudiced by the discontinuance of this action.

Dated: December 17, 2019
        New York, NY

                Respectfully Submitted,

                */s/ James E. Berger*
                James E. Berger (D.C. Bar 481408)
                Charlene C. Sun (D.C. Bar 1027854)

                KING & SPALDING LLP
                1185 Avenue of the Americas
                New York, NY 10036-4003
                Tel: (212) 556-2200
                Fax: (212) 556 -2222
                jberger@kslaw.com

                *Attorneys for Petitioner*